TOGUT, SEGAL & SEGAL LLP
Attorneys for Stephen S. Gray,
Not Individually But Solely in His
Capacity as Chapter 11 Trustee of
96 Wythe Acquisition LLC
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Frank A. Oswald
Neil Berger

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :
                In re:                                           :   Chapter 11
                                                                 :   Case No. 21-22108 (SHL)
96 WYTHE ACQUISITION LLC,                                        :
                                                                 :
                                Debtor.                          :
                                                                 :
---------------------------------------------------------------- X
STEPHEN S. GRAY, Not Individually But                            :
Solely in His Capacity as Chapter 11 Trustee                     :
of 96 WYTHE ACQUISITION LLC,                                     :
                                                                 :
        Plaintiff,                                               :
                v.                                               :   Adv. Pro. No. 22-07043 (SHL)
                                                                 :
THE WILLIAMSBURG HOTEL BK LLC,                                   :
NORTHSIDE ACQUISITION PARTNERS LLC,                              :
NORTHSIDE MANAGEMENT LLC,                                        :
NORTHSIDE MANAGEMENT NY LLC,                                     :
TOBY MOSKOVITS, MICHAEL                                          :
LICHTENSTEIN, and PNC BANK,                                      :
NATIONAL ASSOCIATION                                             :
                                                                 :
        Defendants.                                              :
                                                                 :
----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE OF (I)
SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING; AND (II) COMPLAINT**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

NEIL BERGER, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Briarcliff Manor, New York.

On October 17, 2022, deponent served a copy of the (I) *Summons and Notice of Pre-Trial Conference in an Adversary Proceeding* and (II) *Complaint*, together with its exhibits, upon each of the parties set forth on the service list annexed hereto by electronic mail.

/s/ Neil Berger
NEIL BERGER

Sworn to before me this
18th day of October, 2022

/s/ Cynthia Juliano
NOTARY PUBLIC

**SERVICE LIST:**

Mark A. Gittelman, Esq.
Managing Chief Counsel
PNC Bank, National Association
1600 Market Street – 8th Floor
Philadelphia, PA 19103
mark.gittelman@pnc.com